RECEIVED
SDNY PRO SE OFFICE

2022 NOV 14  PM 3: 07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Linda Lee Rundle__
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

_____ CV _____ ( ) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

__Garnet Health Medical Center__
__Garnet Health Doctors__
(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☐ Yes   ☒ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?  ☐ Yes  ☐ No
   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☐ Yes  ☒ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____
   If "no," what was your last date of employment? __May 10, 2022__
   Gross monthly wages at the time: __$3840.00 before taxes__

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ☒ No
   (b) Rent payments, interest, or dividends            ☐ Yes   ☒ No

SDNY Rev: 8/5/2015

(c) Pension, annuity, or life insurance payments    ☐ Yes   ☒ No
(d) Disability or worker's compensation payments    ☐ Yes   ☒ No
(e) Gifts or inheritances    ☐ Yes   ☒ No
(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)    ☐ Yes   ☒ No
(g) Any other sources    ☒ Yes   ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

Unemployment    $274 wk after taxes

If you answered "No" to all of the questions above, explain how you are paying your expenses:


4. How much money do you have in cash or in a checking, savings, or inmate account?

$320

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

NO

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

rent - $464           Food - $300 month
electric - $376 month

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

Arron Ulatoski - 21 year old - son
E.U. - 17 year old daughter

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

I have excessive credit card debt - has not been able to be paid because of job loss.

Declaration: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Signature: Linda Rundle

Dated: _____

Name (Last, First, MI): Rundle, Linda, L.

Address: PO Box 230

City: Circleville    State: NY    Zip Code: 10919

Prison Identification # (if incarcerated): _____

Telephone Number: 845-901-0589

E-mail Address (if available): lindaleerundle@yahoo.com

IFP Application, page 2

Case 1:22-cv-09716-UA   Document 1   Filed 11/14/22   Page 3 of 5



**Department of Labor**
PO BOX 15130
ALBANY NY 12212-5130
www.labor.ny.us

| | |
|---|---|
| Social Security #: | 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 |
| Weekly Benefit Rate: | $314.00 |
| Claim Effective / Start Date: | 09/05/22 |
| Benefit Year Ending Date: | 09/10/23 |
| Date Mailed: | 09/07/22 |

# UNEMPLOYMENT INSURANCE
## Monetary Benefit Determination

If the address to the right is not your current address, please call (888) 209-8124. TTY/TDD equipment users, please call (888) 783-1370.

LINDA L RUNDLE
PO BOX 230
CIRCLEVILLE NY 10919-0230

**Keep This Notice For Your Records.**

### Why did I get this notice?

This is NOT a decision on your eligibility for Unemployment Insurance benefits. This notice tells you what employment and wage information we have on file for you in the State of New York. Please review this information to make sure it is correct, because your weekly benefit rate is based on this information.

Our records show that you meet the earnings requirement to qualify for Unemployment Insurance Benefits using the Alternate Base Period. If you meet all other requirements and are approved you will receive the weekly benefit rate in the box above. If you are not approved you will receive a separate written notice to tell you why.

Continue to claim benefits for each week that you are unemployed:
- Access the internet at www.labor.ny.gov;
- Call Tel-Service at 1-888-581-5812

### Alternate Base Period
*Automatically Calculated*

Your Alternate Base Period is: **July 01, 2021** through **June 30, 2022**

Review the record of employers and wages that we have on file (below). The Alternate Base Period was used since you did not qualify using the Basic Base Period.

| EMPLOYER NAME | Basic Base QUARTER 04/01 - 06/30 2021 | Alternate Base QUARTER 07/01 - 09/30 2021 | Alternate Base QUARTER 10/01 - 12/31 2021 | Alternate Base QUARTER 01/01 - 03/31 2022 | Alternate Base QUARTER 04/01 - 06/30 2022 | ALTERNATE TOTAL BASE PERIOD WAGES |
|---|---|---|---|---|---|---|
| CHARTER COMMUNICATIONS LLC | .00 | .00 | 8821.77 | 1441.84 | .00 | 10263.61 |
| GARNET HEALTH DOCTORS PC | .00 | .00 | .00 | .00 | 7526.91 | 7526.91 |
| CORNERSTONE FAMILY HEALTHCARE | .00 | .00 | .00 | .00 | .00 | .00 |
| **TOTAL ALTERNATE BASE PERIOD WAGES** | | .00 | 8821.77 | 1441.84 | 7526.91 | 17790.52 |
| **"UNUSED" BASIC BASE PERIOD WAGES** | .00 | .00 | 8821.77 | 1441.84 | | 10263.61 |

To provide wage information complete the Request for Reconsideration Form.

### How was my Weekly Benefit Rate calculated?

Your Weekly Benefit Rate was calculated using your high quarter wages from above.

| | |
|---|---:|
| Gross weekly benefit rate = | $ 314.00 |
| Less pension reduction | - 0.00 |
| Less Worker's Compensation reduction | - 0.00 |
| Total net weekly benefit rate | $ 314.00 |

\* All calculated Weekly Benefit Rates are in whole dollars.
\* Refer to the Appendix or the claimant handbook for details on how your benefit rate is calculated.

### What is the maximum amount of benefits I can receive?

Your claim is good for one year (your benefit year). Within that year, you can collect up to 26 times your net weekly benefit rate.

**Is all your wage information reported correctly? If not, see the enclosed Appendix for help.**

 For questions about this notice, call (888) 209-8124.

 For additional information visit our website: http://labor.ny.gov/unemploymentassistance.shtm

 For help, review your claimant handbook.

Menu   Department of Labor

# Official Record of Benefit Payment History

**Current Claim**

| | |
|---|---|
| Name: | Linda L. Rundle |
| Social Security Number: | XXX-XX-2247 |
| Start/Effective Date: | 09/05/2022 |
| Benefit Year Ending Date: | 09/10/2023 |
| Weekly Benefit Amount: | $314.00 |
| Maximum Amount Payable: | $8,164.00 |
| Effective Days Remaining: | 72 |

## Latest Transaction(s) as of 11/09/2022

- You last certified for benefits for the week ending 11/06/2022.
- Your payment for the week ending 11/06/2022 was released on 11/07/2022.
- Weekly payments for $600 showing "0" under the "Effective Days" column, and Debit Card or Direct Deposit under the "Type" column, are the Federal Pandemic Unemployment Compensation (FPUC) payments.

### Effective Days

Each day in a week (Monday through Sunday) that you qualify for benefits is called an effective day. There is a maximum of 4 effective days each week, and you must qualify for all 4 effective days in order to receive your total weekly benefit rate. For each day in the week that you are not eligible to receive benefits, you will receive one less effective day, which is equivalent to one fourth of your weekly benefit rate. For example, if you are not available to work one day in a week, or if you have worked any part of a day, or have received vacation or holiday pay for one day in a week, your benefits will be reduced by one effective day (the same as one-quarter of your benefit rate). You can receive a maximum of 104 effective days on your claim.

Once your claim becomes payable, you may see fewer effective days remaining. This means you are being paid for those days and will soon see this change reflected via the funds in your bank account or debit card.

If three days have passed since a payment was released and the funds are not in your account, you

should contact KeyBank Customer Service at (866) 295-2955 if you have a debit card. If you have direct deposit, contact your bank. If there is a holiday in a given week, payments may be delayed by one day that week.

## Payment History

| Week Ending | Total Amount | Net Amount | Effective Days | Release Date | Type |
|---|---|---|---|---|---|
| 11/06/2022 | $314.00 | $274.75 | 4 | 11/07/2022 | Direct Deposit |
| 10/30/2022 | $314.00 | $274.75 | 4 | 10/31/2022 | Direct Deposit |
| 10/23/2022 | $314.00 | $274.75 | 4 | 10/24/2022 | Direct Deposit |
| 10/16/2022 | $314.00 | $274.75 | 4 | 10/17/2022 | Direct Deposit |
| 09/25/2022 | $314.00 | $274.75 | 4 | 10/19/2022 | Direct Deposit |
| 09/18/2022 | $314.00 | $274.75 | 4 | 10/19/2022 | Direct Deposit |
| 10/09/2022 | $314.00 | $274.75 | 4 | 10/11/2022 | Direct Deposit |
| 10/02/2022 | $314.00 | $274.75 | 4 | 10/03/2022 | Direct Deposit |
| 09/11/2022 | $0.00 | $0.00 | 4 | 09/27/2022 | Waiting week |

# Unemployment Insurance Terms

## Unemployment Insurance Terms

### Benefit Year Ending Date

The Benefit Year Ending date (BYE) is the date your unemployment insurance claim ends and you can no longer collect benefits on that claim. If you remain unemployed after the BYE date and believe that you had sufficient employment to qualify for a new claim, you must immediately file a new claim.

### Weekly Benefit Amount

The amount of money to which a claimant may be entitled each week. The amount is based on the claimant's wages paid during the base period.

### Maximum Amount Payable

## Payment History Terms

### Total Amount

The benefit amount to which you are entitled for the week.

### Net Amount

The total amount minus any deductions (such as child support or Federal tax withholding), i.e. the amount you received.